

**Entered on Docket**
**November 25, 2008**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Kristin A. Schuler-Hintz, Esq., Nevada SBN 7171
**McCarthy & Holthus, LLP**
811 South Sixth Street
Las Vegas, NV 89101
khintz@mccarthyholthus.com
Phone (702) 685-0329 Ext. 3748
Fax (866) 339-5691

Attorney for Secured Creditor, Residential Funding Real Estate Holdings, LLC , its assignees and/or successors and its servicing agent, LITTON LOAN SERVICING

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>Julio C. Carrillo,<br><br>         Debtor. | ) Case No.: BK-S 08-21008-LBR<br>)<br>) Chapter 7<br>)<br>) DATE: 11/03/2008<br>) TIME: 10:00AM<br>)<br>) ORDER TERMINATING<br>) AUTOMATIC STAY<br>) |

      The Motion for Relief From Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

///

///

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 4636 Carmar Drive, Las Vegas, NV 89122.

IT IS FURTHER ORDERED Secured Creditor will provide not less than 5 days notice of the date, time, and location of the currently scheduled foreclosure sale to the debtors or as otherwise provided by Nevada law.

IT IS SO ORDERED.

Submitted by:

*/s/ Kristin A. Schuler-Hintz*
Kristin A. Schuler-Hintz, Esq.
811 South Sixth Street
Las Vegas, NV 89101
Phone (702) 685-0329

Approved/Disapproved

*E-mailed 11/04/08 – No Response Received.*
William A. Leonard
5030 Paradise Road #B216
Las Vegas, NV 89119

M&H File No. NV08-34920
BK-S 08-21008-LBR

ALTERNATIVE METHOD re; RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: None

Unrepresented parties appearing: None

Trustee: William A. Leonard *E-mailed 11/04/08 – No Response Received.*

/s/ Kristin A. Schuler-Hintz, Esq.
Kristin A. Schuler-Hintz, Esq., SBN 7171

###

M&H File No. NV08-34920
BK-S 08-21008-LBR